

UNITED STATES
SECURITIES AND EXCHANGE COMMISSION
NEW YORK REGIONAL OFFICE
200 Vesey Street
ROOM 400
NEW YORK, NY 10281-1022

**Jack Kaufman**
WRITER'S DIRECT DIAL
TELEPHONE:   (212) 336-0106
kaufmanja@sec.gov

March 6, 2017

By ECF
The Honorable Paul A. Engelmayer
United States District Judge
Thurgood Marshall United States Courthouse
40 Foley Square
New York, N.Y.  10007

Re:   <u>SEC v. Ruh, et al., 16-cv-6326 (PAE) (JCF) (S.D.N.Y.)</u>

Dear Judge Engelmayer:

     Pursuant to the Court's March 3, 2017 Order and Federal Rule of Civil Procedure 41(a)(1)(A)(i), plaintiff Securities and Exchange Commission ("Commission") hereby seeks to dismiss voluntarily its claims in this case against defendant Pan Asia China Commerce Corp., LLC ("Pan Asia").[1]  Voluntary dismissal is permissible in this manner pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i), as Pan Asia has not appeared or responded to the Commission's Complaint in this action.

                            Respectfully submitted,
                            /s/
                            Jack Kaufman
                            Senior Trial Counsel
                            Securities and Exchange Commission

cc:  Edwin Ruh, Jr. (by email)

---

[1] The Court's March 3 Order refers to the remaining defendant as "Pan Asia China Commerce Corp., Inc." The Commission's Amended Complaint, however, replaced that defendant with "Pan Asia China Commerce Corp., LLC" (Docket No. 16).